# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO. 5:20-BK-01750-MJC |
| RAYMOND JAMES SMOLLIN | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 225 ASPEN COMMONS, STROUDSBURG, PA 18302 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******2846

NOW COMES Lakeview Loan Servicing, LLC enote vesting-- Nationstar

Mortgage LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule

9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002,

requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all

documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
PABKR@brockandscott.com

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd
5th Floor Merrick Park Plaza
Coral Gables, Florida 33146

Please take notice that the undersigned hereby appears as counsel for Lakeview Loan

Servicing, LLC enote vesting-- Nationstar Mortgage LLC pursuant to Bankruptcy Rule 9010(b).

22-10105 BKSUP01



The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

DocuSigned by:

*Mario Hanyon*

2DABEC24C4A5496...

Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-10105 BKSUP01