Rev. Dec 1, 2011

## LOCAL BANKRUPTCY FORM 9019-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** <br> **RAYMOND JAMES SMOLLIN** <br><br> Debtor(s) | **CHAPTER** <br> **CASE NO.** <br> **NATURE OF PROCEEDING:** <br> **DOCUMENT No.** | 13 <br> 5:20-bk-01750-MJC <br> Motion for Relief from Stay <br> 40 |
| **Lakeview Loan Servicing, LLC** <br><br> Plaintiff(s)/Movants <br><br> vs. <br> RAYMOND JAMES SMOLLIN <br><br> Defendant(s)/Respondent(s) | | |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　　☒ Thirty (30) days.
　　☐ Forty-five (45) days.
　　☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **August 11, 2022**　　　　　　/s/ Mario Hanyon
　　　　　　　　　　　　　　　　　　Attorney for:　　Lakeview Loan Servicing, LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.