United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                Case No. 20-01750-MJC

Raymond James Smollin                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                    Page 1 of 2

Date Rcvd: Mar 26, 2024                         Form ID: trc                                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5491338 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2024 18:45:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

**Name**                                              **Email Address**

Charles G. Wohlrab

        on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Jack N Zaharopoulos

        TWecf@pamd13trustee.com

Keri P Ebeck

        on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com
        btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon

        on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
        on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
        on behalf of Creditor Community Loan Servicing  LLC as servicer for Lakeview Loan Servicing, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel
        on behalf of Creditor Lakeview Loan Servicing  LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Michael Patrick Farrington
        on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC mfarrington@kmllawgroup.com

Michael Patrick Farrington
        on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

Patrick James Best
        on behalf of Debtor 1 Raymond James Smollin patrick@armlawyers.com  hannah@armlawyers.com;notices@nextchapterbk.com

Robert Charles Griffin
        on behalf of Creditor CCP Property Owners rgriffin@lawgapc.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-01750-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond James Smollin
225 Aspen Commons
East Stroudsburg PA 18302

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/25/2024.

**Name and Address of Alleged Transferor(s):**

Claim No. 15: RightPath Servicing, P.O. Box 619096, Dallas, TX 75261, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261

**Name and Address of Transferee:**

Lakeview Loan Servicing LLC
7515 Irvine Center Drive
Irvine, CA , 92618
Lakeview Loan Servicing LLC
7515 Irvine Center Drive
Irvine, CA , 92618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/28/24

Terrence S. Miller
**CLERK OF THE COURT**