IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAYMOND JAMES SMOLLIN AKA RAY SMOLLIN AKA RAY J SMOLLIN<br><br>Lakeview Loan Servicing LLC,<br>    Movant<br><br>vs.<br><br>RAYMOND JAMES SMOLLIN AKA RAY SMOLLIN AKA RAY J SMOLLIN ,<br>    Debtor | Case No. 5:20-bk-01750-MJC<br><br>Chapter 13 |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Lakeview Loan Servicing LLC ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on May 28, 2024, Docket Number 58.

This 28th day of May, 2024.

        */s/Mario Hanyon*
        Andrew Spivack, PA Bar No. 84439
        Matthew Fissel, PA Bar No. 314567
        Mario Hanyon, PA Bar No. 203993
        Ryan Starks, PA Bar No. 330002
        Jay Jones, PA Bar No. 86657
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

22-10105 BKAOD02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAYMOND JAMES SMOLLIN AKA RAY SMOLLIN AKA RAY J SMOLLIN | Case No. 5:20-bk-01750-MJC<br><br>Chapter 13 |
| Lakeview Loan Servicing LLC,<br>    Movant<br><br>vs.<br><br>RAYMOND JAMES SMOLLIN AKA RAY SMOLLIN AKA RAY J SMOLLIN ,<br>    Debtor | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Patrick James Best, Debtor's Attorney
18 N. 8th St.
Stroudsburg, PA 18360
patrick@armlawyers.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:


22-10105 BKAOD02

RAYMOND JAMES SMOLLIN
225 ASPEN COMMONS
EAST STROUDSBURG, PA 18302


Date: <u>May 29, 2024</u>

                                                   *<u>/s/Mario Hanyon</u>*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-10105 BKAOD02

Case 5:20-bk-01750-MJC   Doc 59   Filed 05/29/24   Entered 05/29/24 10:15:57   Desc
Main Document    Page 3 of 3