# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Smollin, Raymond J. | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 20-bk-01750 |

## CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION

The undersigned hereby certifies that, as of July 16, 2024, the undersigned has received no answer, objection or other responsive pleading to the Debtors' Motion for Hardship Discharge.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtors' Motion for Hardship Discharge appears thereon. Pursuant to Notice of Motion, objections to the Debtor's Motion were to be filed and served before July 15, 2024.

It is hereby respectfully requested that the Order attached to this Certification be entered at the earliest convenience of the Court.

Date: <u>July 16, 2024</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Raymond James Smollin | : | CHAPTER 13 |
| | : | |
| Debtor. | : | 5:20-bk-01750-MJC |

## ORDER

AND NOW, upon consideration of the Debtors' Motion for Hardship Discharge, it is hereby ORDERED that Debtors' Motion for Hardship Discharge is GRANTED. Debtor is hereby granted a discharge under Section 1328(b) of the Bankruptcy Code.