In re:                                                                            Case No. 20-01750-MJC

Raymond James Smollin                                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                          User: AutoDocke                                          Page 1 of 4
Date Rcvd: Jul 22, 2024                                 Form ID: pdf010                                    Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond James Smollin, 225 Aspen Commons, East Stroudsburg, PA 18302-6639 |
| 5333317 | | CCP Property Owners Association South, 1 Dancing Ridge Rd, East Stroudsburg, PA 18302 |
| 5605091 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 5605092 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA , 92618, Lakeview Loan Servicing LLC, 7515 Irvine Center Drive Irvine, CA 92618-2930 |
| 5333327 | + | Merrick, 55 East Ames Ct, Plainview, NY 11803-2304 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2024 18:50:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5340733 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 18:50:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5333314 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 18:50:06 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5333315 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2024 18:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5336623 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 22 2024 18:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5333316 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2024 18:50:19 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5335973 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2024 18:50:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5333318 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 18:50:20 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5453553 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2024 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5453552 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2024 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5333319 | + | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jul 22 2024 18:40:00 | Cortrustcc, Po Box 7030, Attn:Credti Manager, Mitchell, SD 57301-7030 |
| 5333320 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2024 18:50:07 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5333326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 22 2024 18:50:06 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 5346378 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2024 18:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5333321 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 18:50:20 | Exxnmobil/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5333322 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 22 2024 18:50:05 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5333323 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 18:40:00 | Internal Revenue Service, Post Office Box 7317, Philadelphia, PA 19101-7317 |
| 5333324 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2024 18:50:14 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5338988 | + | Email/Text: RASEBN@raslg.com | Jul 22 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5342175 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2024 18:40:00 | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC ,, 3637 Sentara Way,, Virginia Beach, VA 23452-4262 |
| 5335566 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 18:50:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5339473 | + | Email/Text: RASEBN@raslg.com | Jul 22 2024 18:40:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5333325 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2024 18:40:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5337743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2024 18:50:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5340866 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5334018 | | Email/PDF: cbp@omf.com | Jul 22 2024 18:50:12 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5333328 | + | Email/PDF: cbp@omf.com | Jul 22 2024 18:50:20 | Onemain, 156 Eagles Glen Plz,, S101, East Stroudsburg, PA 18301-1350 |
| 5350853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2024 18:50:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5337936 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2024 18:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5491337 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2024 18:40:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5491338 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2024 18:40:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5333329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2024 18:50:05 | SYNCB, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 5333330 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2024 18:50:07 | SYNCB/JCPenny, P.O. Box 960090, Orlando, FL 32897-0001 |
| 5333331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2024 18:50:05 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 5333519 | ^ | MEBN | Jul 22 2024 18:36:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337651 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| | | | |
|---|---|---|---|
| | | Jul 22 2024 18:40:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5333332 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 22 2024 18:40:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 5336621 | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 18:50:06 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5342128 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 22 2024 18:50:19 | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438, Wells Fargo Bank, N.A. 50306-0438 |
| 5333333 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 22 2024 18:50:04 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |
| cr | *+ | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2024                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing  LLC as servicer for Lakeview Loan Servicing, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel
    on behalf of Creditor Lakeview Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Patrick James Best
    on behalf of Debtor 1 Raymond James Smollin patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

Robert Charles Griffin
    on behalf of Creditor CCP Property Owners rgriffin@lawgapc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Raymond James Smollin
aka Ray Smollin
aka Ray J Smollin

Chapter: 13

Debtor 1 | Case No.: 5:20-bk-01750-MJC

ORDER FIXING TIME TO FILE COMPLAINT
TO DETERMINE DISCHARGEABILITY

The Debtor has filed a Motion for a Hardship Discharge pursuant to 11 U.S.C. §1328(b), Dkt. # 62, it is hereby

**ORDERED** that the deadline to file a complaint to determine the dischargeability of any debt under §523(a)(6) of the Bankruptcy Code is set for September 5, 2024.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 22, 2024