United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Raymond James Smollin  
    Debtor

Case No. 20-01750-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jul 31, 2024      Form ID: 3180WH      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond James Smollin, 225 Aspen Commons, East Stroudsburg, PA 18302-6639 |
| 5333317 | | CCP Property Owners Association South, 1 Dancing Ridge Rd, East Stroudsburg, PA 18302 |
| 5605091 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 5605092 | + | Lakeview Loan Servicing LLC, 7515 Irvine Center Drive, Irvine, CA , 92618, Lakeview Loan Servicing LLC, 7515 Irvine Center Drive Irvine, CA 92618-2930 |
| 5333327 | + | Merrick, 55 East Ames Ct, Plainview, NY 11803-2304 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 31 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5340733 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 19:01:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5333314 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2024 19:00:56 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5333315 | + | EDI: BANKAMER | Jul 31 2024 22:39:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5336623 | + | EDI: BANKAMER2 | Jul 31 2024 22:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5333316 | | EDI: CAPITALONE.COM | Jul 31 2024 22:38:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5335973 | | EDI: CAPITALONE.COM | Jul 31 2024 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5333318 | + | EDI: CITICORP | Jul 31 2024 22:39:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5453553 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2024 18:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5453552 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2024 18:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5333319 | + | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jul 31 2024 18:42:00 | Cortrustcc, Po Box 7030, Attn:Credti Manager, Mitchell, SD 57301-7030 |
| 5333320 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2024 19:00:56 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5333326 | | EDI: CITICORP | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 31 2024 22:39:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 5346378 | | EDI: Q3G.COM | | |
| | | | Jul 31 2024 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5333321 | + | EDI: CITICORP | | |
| | | | Jul 31 2024 22:39:00 | Exxnmobil/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5333322 | + | EDI: AMINFOFP.COM | | |
| | | | Jul 31 2024 22:39:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5333323 | + | EDI: IRS.COM | | |
| | | | Jul 31 2024 22:39:00 | Internal Revenue Service, Post Office Box 7317, Philadelphia, PA 19101-7317 |
| 5333324 | | EDI: JPMORGANCHASE | | |
| | | | Jul 31 2024 22:38:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5338988 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 31 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5342175 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jul 31 2024 18:42:00 | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC ,, 3637 Sentara Way,, Virginia Beach, VA 23452-4262 |
| 5335566 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 31 2024 18:44:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5339473 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 31 2024 18:42:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5333325 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jul 31 2024 18:42:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5337743 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 31 2024 18:44:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5340866 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 31 2024 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5334018 | | EDI: AGFINANCE.COM | | |
| | | | Jul 31 2024 22:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5333328 | + | EDI: AGFINANCE.COM | | |
| | | | Jul 31 2024 22:38:00 | Onemain, 156 Eagles Glen Plz,, S101, East Stroudsburg, PA 18301-1350 |
| 5350853 | | EDI: PRA.COM | | |
| | | | Jul 31 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5337936 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jul 31 2024 22:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5491337 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 31 2024 18:42:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5491338 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 31 2024 18:42:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5333329 | + | EDI: SYNC | | |
| | | | Jul 31 2024 22:38:00 | SYNCB, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 5333330 | + | EDI: SYNC | | |
| | | | Jul 31 2024 22:38:00 | SYNCB/JCPenny, P.O. Box 960090, Orlando, FL 32897-0001 |
| 5333331 | + | EDI: SYNC | | |
| | | | Jul 31 2024 22:38:00 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 5333519 | ^ | MEBN | | |
| | | | Jul 31 2024 18:37:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337651 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Jul 31 2024 18:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5333332 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com Jul 31 2024 18:42:00 | | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 5336621 | Email/PDF: bncnotices@becket-lee.com Jul 31 2024 19:01:39 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5342128 | + EDI: WFFC2 Jul 31 2024 22:39:00 | | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438, Wells Fargo Bank, N.A. 50306-0438 |
| 5333333 | + EDI: WFFC2 Jul 31 2024 22:39:00 | | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |
| cr | *+ | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing  LLC as servicer for Lakeview Loan Servicing, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel
    on behalf of Creditor Lakeview Loan Servicing LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Patrick James Best
    on behalf of Debtor 1 Raymond James Smollin patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

Robert Charles Griffin
    on behalf of Creditor CCP Property Owners rgriffin@lawgapc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond James Smollin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1041<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:20-bk-01750-MJC

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Raymond James Smollin
aka Ray Smollin, aka Ray J Smollin

7/31/24    **By the court:** Mark J Conway
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**